UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>CLASSIC COACH, INC.<br><br>Defendant, | C.A. No. 04cv11706 NG |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant, classic Coach, Inc., in the above-captioned action. Defendant was served with the complaint and summons on September 20 2004. A copy of proof of service was filed with this Court on October 22, 2004.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: October 26, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff,
Charles Langone, Fund Manager

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005 Coventry RI 02816-6606.

|  |  |
|---|---|
| | /s/Catherine M. Campbell |
| Date: October 26, 2004 | Catherine M. Campbell |