UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 22 P 3: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>CLASSIC COACH, INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 04cv11706 NG

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon John P. Gauvin, President, Classic Coach, Inc., on September 20, 2004, by U.S. certified mail, return receipt requested. A copy of the original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 22 day of October 2004.

*Nancy Deleon*

Nancy Deleon, Legal Secretary
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976