UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>                                                     )<br>         Plaintiff,                                       )<br>                                                     )   C.A. No. 04cv11706 NG<br>v.                                                  )<br>                                                     )<br>CLASSIC COACH, INC.                      )<br>                                                     )<br>         Defendant,                                  )<br>                                                     ) | |

MOTION TO EXTEND TIME TO FILE MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to a Notice of this Court dated March 4, 2005, the Motion for Entry of Default Judgment in this matter must be filed no later than March 11, 2005. The Fund Manager who must sign the Declaration of Damages is currently out of state and will be unable to return the Declaration to counsel's office for filing by March 11, 2005. Therefore, Plaintiff requests an extension of seven (7) days to file such motion to March 17, 2005.

Dated: March 10, 2005                    Respectfully submitted,

                                                         Catherine M. Campbell
                                                         BBO #549397
                                                         Fienberg, Campbell & Zack, P.C.
                                                         177 Milk Street
                                                         Boston, MA 02109
                                                         (617) 338-1976


                                                         /s/ Catherine M. Campbell_____
                                                         Attorney for Plaintiff,
                                                         Charles Langone, Fund Manager

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005
Coventry RI 02816-6606.

|  |  |
|---|---|
|  | <u>/s/Catherine M. Campbell</u> |
| Date: March 10, 2005 | Catherine M. Campbell |