UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES LANGONE, as FUND MANAGER    )
of the NEW ENGLAND TEAMSTERS AND    )
TRUCKING INDUSTRY PENSION FUND      )
                                    )
            Plaintiff,              )
                                    )   C.A. No. 04cv11706 NG
v.                                  )
                                    )
CLASSIC COACH, INC.                 )
                                    )
            Defendant,              )
_____)

**PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT**

Plaintiff respectfully moves upon his attached Declaration pursuant to Federal Rule of Civil Procedure 55(b)(1) for entry of judgment by the Clerk in the amount of $52,726.82.  In support of his motion, Plaintiff states as follows:

1.  Defendant neither filed an answer nor served a responsive pleading in this action and, accordingly, was defaulted on January 26, 2005.

2.  This is an action under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. for unpaid pension contributions.  Pursuant to ERISA § 515, 29 U.S.C. § 1145, and ERISA § 502, 29 U.S.C. § 1132(g), the following elements of relief are mandatory for failure to make pension contributions:

    (a)  the unpaid contributions,
    (b)  the interest on the unpaid contributions,
    (c)  an amount equal to the greater of--
        (i)   interest on the unpaid contributions, or
        (ii)  liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (a),
    (d)  reasonable attorney's fees and costs of the action, to be paid by the defendant, and

(e) such other legal or equitable relief as the court deems appropriate.

3. Defendant in this action became liable for delinquent contributions in the amount of $38,153.34 for the period of January 2003 through January 2005 pursuant to estimates of remittance reports and late fees in the amount of $1,521.23. Plaintiff is also entitled to interest in the amount of $2,049.83, liquidated damages in the amount of $7,934.91, and costs and attorneys fees in the amount of $3,067.51 (Declaration of Damages, Charles Langone, ¶2; Affidavit of Catherine M. Campbell, ¶ 2). The total amount due is $52,726.82.

4. Defendant is neither an infant nor an incompetent person nor in the military service of the United States.

5. As the amount of contributions owed is based on unaudited remittance reports, the Fund retains the right, pursuant to its Declaration and Agreement of Trust, to audit the company's payroll records and demand payment for sums due in addition to the amounts stated herein.

WHEREFORE, Plaintiff's Motion for Entry of a Default Judgment should be granted.

Dated: March 17, 2005         Respectfully submitted,

Catherine M. Campbell, Esquire
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109


/s/ Catherine M. Campbell
Attorney for Plaintiff,
Charles Langone

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005 Coventry RI 02816-6606.

Date: March 17, 2005　　　　　　　　　/s/ Catherine M. Campbell
　　　　　　　　　　　　　　　　　　　Catherine M. Campbell