UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
Plaintiff, )
) C.A. No. 04cv11706 NG
v. )
)
CLASSIC COACH, INC. )
)
Defendant, )

## JUDGMENT

A default has been entered against Classic Coach, Inc. on January 26, 2005, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $38,153.34 for estimated delinquent contributions for the months of January 2003 through January 2005, rate underpayments in the amount of $1,521.23, interest in the sum of $2,049.83, liquidated damages in the sum of $7,934.91, and attorneys' fees and costs in the sum of $3,067.51 and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Classic Coach, Inc. the sum of $52,726.82. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated:_____        _____
                                      Deputy Clerk