UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
Plaintiff, )
) C.A. No. 04cv11706 NG
v. )
)
CLASSIC COACH, INC. )
)
Defendant, )
)

### DECLARATION OF DAMAGES AND TAXABLE COSTS

Charles Langone, being first duly sworn, deposes and says:

1. I am employed as the Fund Manager of the New England Teamsters and Trucking Industry Pension Fund (hereinafter the "Fund") located at 535 Boylston Street, Boston, MA 02116.

2. In accordance with 29 U.S.C. §1132(g)(2), the Defendant owes to the Fund the following:

   a. Delinquent contributions and interest are owed pursuant to a Fund payroll audit in the amount of $35,259.26 for the period of January of 2003 through June of 2004.

   b. Delinquent contributions are owed for the months of December 2004 and January 2005 in the estimated amount of $1,447.04 per month for a total of $2,894.08. As the company has failed to submit remittance reports indicating the actual hours worked, estimates are based on an average monthly contribution for six (6) months prior to the delinquencies.

    c. Underpayment of contributions based on an incorrect rate pursuant to the collective bargaining unit for the month of February 2004 in the amount of $1,521.23.

    d. Interest has accrued on the audit in the amount of $1,935.10, on the delinquent contributions for December 2004 and January 2005 in the amount of $30.24, and interest on the underpayment in the amount of $84.49 for a total of $2,049.83. Interest which has accrued on the principle was calculated at a rate of 5%, compounded monthly, pursuant to the Fund's Agreement and Declaration of Trust.

    e. Liquidated damages in an amount equal to the greater of either the amount of interest (i.e. $2,049.83) or liquidated damages of twenty percent (20%) of the principal ($39,674.57) Consequently, Plaintiff is entitled to $7,934.91.

    f. Reasonable attorneys fees and costs in the amount of $3,067.51.

3. Based on the foregoing, the Defendant owes the Fund a total of $52,726.82.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF MARCH, 2005.

_____
Charles Langone

    Then personally appeared before me Charles Langone, who under oath did swear that the above affidavit is true to the best of his knowledge and belief.

_____
Notary Public
My commission expires:

Joanne L. Mason
Notary Public
My Commission Expires
November 20, 2009