UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
      Plaintiff, )
) C.A. No. 04cv11706 NG
v. )
)
CLASSIC COACH, INC. )
)
      Defendant, )
)

**AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT
OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO
SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)**

Catherine M. Campbell deposes and says as follows:

1. I am an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of California, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the California Supreme Court. I specialize in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA). I have acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("Pension") for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing collection of pension contributions due and owing the Pension Fund from the Defendant Classic Coach, Inc. has been 13.25 hours. Pursuant to financial arrangements made by this office with the Fund, services performed by an attorney in this office for the Fund are charged at the rate of $235.00 per hour for Catherine M. Campbell. Accordingly, the amount of legal fees incurred by the Pension Fund as a result of the work performed by this office is $3,031.25 and the total amount of costs incurred is $36.26.

3. The total of attorneys fees and costs incurred by the Pension Fund are $3,067.51.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS /7 DAY OF MARCH 2005.

Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 200.295 | 04/08/2004 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Review new file; Edit demand letter; Review Secretary of State records; Memo to file<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 04/12/2004 | 11 | A | 1 | 125.00 | 0.50 | 62.50 | Set up new file; Secretary of State research; Draft Demand letter<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 04/21/2004 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Review Fund update; Letter to employer<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 04/22/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with company; Memo to file<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 05/13/2004 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Review Fund update; Memo to file<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 07/12/2004 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Review Fund update; Preparation of Complaint<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 07/14/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Review Fund update; Memo to file; Letter to employer<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 07/29/2004 | 11 | A | 1 | 125.00 | 0.25 | 31.25 | Prepare Complaint, civil action cover sheet and category sheet<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 10/20/2004 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Review Fund update, Affidavit of Service, and Request for Default; Letter to employer<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 11/03/2004 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | Telephone conference with J. Bairos<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 11/05/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with J. Bairos; Calculation of contributions<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 11/23/2004 | 7 | A | 1 | 235.00 | 1.75 | 411.25 | Telephone conference with J. Bairos; Memo to file; Telephone conference with Fund office; email to Fund office; Review Fund update and update file<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 12/09/2004 | 7 | A | 1 | 235.00 | 1.75 | 411.25 | Telephone conference with J. Bairos; Review of remittance reports; Letter to Bairos; Memo to file; Update litigation report<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 01/14/2005 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | Preparation of Notice of Default<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 03/17/2005 | 7 | P | 1 | 235.00 | 2.50 | 587.50 | Preparation of Motion for Default Judgment<br>New England Teamsters & Trucking Industry<br>Classic Coach | 16 |
| **Total for Fees** | | | | | Billable | 13.25 | 3031.25 | | |
| **Advances** | | | | | | | | | |
| 200.295 | 04/12/2004 | 11 | A | 54 | | | 4.42 | Certified Mail Cost: Demand letter to company<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 07/30/2004 | 7 | A | 54 | | | 8.84 | Certified Mail Cost: Copy of Complaint to US Secretaries of Labor and Treasury<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 10/22/2004 | 7 | A | 117 | | | 11.50 | Courier/Messenger Service (1115) City Express to US District Court<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| 200.295 | 11/29/2004 | 7 | A | 117 | | | 11.50 | Courier/Messenger Service (1115) City Express to US District Court on 11/22/04<br>New England Teamsters & Trucking Industry<br>Classic Coach | ARCH |
| **Total for Advances** | | | | | Billable | 0.00 | 36.26 | | |
| **GRAND TOTALS** | | | | | | | | | |
| | | | | | Billable | 13.25 | 3067.51 | | |