UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

**CHARLES LANGONE, as FUND MANAGER** )
**of the NEW ENGLAND TEAMSTERS AND** )
**TRUCKING INDUSTRY PENSION FUND** )
    **Plaintiff,** )
     )
**v.** )    C.A. No. 04-11706-NG
     )
**CLASSIC COACH, INC.** )
    **Defendant.** )

**GERTNER, D.J.:**

### ORDER OF DEFAULT JUDGMENT
### March 23, 2005

This is an action under the Employment Retirement Income Security Act, 29 U.S.C. § 1001 *et seq.* for unpaid pension contributions. Pursuant to ERISA § 515, 29 U.S.C. § 1145, and ERISA § 502, 29 U.S.C. § 1132(g), the following elements of relief are mandatory for failure to make pension contributions:

    (A)  the unpaid contributions;
    (B)  the interest on the unpaid contributions;
    (C)  an amount equal to the greater of –
        (1)  interest on the unpaid contributions, or
        (2)  liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (A);
    (D)  reasonable attorneys fees and costs of the action, to be paid by the defendant; and
    (E)  such other legal or equitable relief as the court deems appropriate.

Defendant in this action became liable for delinquent contributions in the amount of $38,153.34 for the period of January 2003 through January 2005 pursuant to estimates of

remittance reports and late fees in the amount of $1,521.23. Plaintiff is also entitled to interest in the amount of $2,049.83, liquidated damages in the amount of $7,934.91, and costs and attorneys fees in the amount of $3,067.51. The total amount due plaintiff is $52,726.82.

Defendant neither filed an answer nor served a responsive pleading in this action and, accordingly, was defaulted on January 26, 2005.

Defendant is neither an infant nor an incompetent person nor in the military service of the United States.

As the amount of contributions owed is based on unaudited remittance reports, plaintiff retains the right, pursuant to its Declaration and Agreement of Trust, to audit defendant's payroll records and demand payment for sums due in addition to the amounts stated herein.

Plaintiff's motion for entry of default judgment in the amount of $52,726.82, representing defendant's unpaid contributions, interest, liquidated damages, attorneys fees and costs, is hereby **GRANTED**.

**SO ORDERED.**
**Dated: March 23, 2005**              **s/ NANCY GERTNER U.S.D.J.**