UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> CLASSIC COACH, INC. <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04cv11706 NG |

# PLAINTIFF'S MOTION TO COMPEL DISCOVERY PURSUANT TO F.R.C.P. 37(a)

Pursuant to Federal Rule of Civil Procedure 37(a), the Plaintiff respectfully moves that this Court order the defendants to supply answers to Plaintiff's Post-Judgment Interrogatories and Requests for Production of Documents and Defendant's attendance at his deposition. The motion is supported by the attached Memorandum.

Date: February 28, 2006

Respectfully submitted,

Charles Langone, Fund Manager,
By his Attorney,

/S/ Renee J. Bushey
Renee J. Bushey
BBO #629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Certificate of Service

I, Renee J. Bushey, attorney for the Plaintiff, hereby certify that on this day I mailed the Plaintiff's Motion to Compel Discovery and Memorandum in Support of Plaintiff's Motion to Compel Discovery by first class mail, postage prepaid, to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005, Coventry RI 02816-6606.

Date: February 28, 2006

/S/ Renee J. Bushey
Renee J. Bushey