UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>CLASSIC COACH, INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv11706 NG<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
## TO COMPEL DISCOVERY

This was initially an action for the collection of unpaid and delinquent contributions owing to the New England Teamsters & Trucking Industry Pension Fund ("Fund") under the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"). Judgment was entered on March 23, 2005 by this court and is attached hereto as Exhibit 1.

On October 17, 2005, counsel for the Fund sent Defendant Post-Judgment Interrogatories and Requests For Production of Documents pursuant to Fed. R. Civ. P. 69(a) (attached hereto as Exhibit 2). To date, the Defendant has not responded.

On January 10, 2006, counsel for the Fund sent John P. Gauvin, President of Classic Coach, ("Gauvin") a Notice of Taking Deposition. The Deposition was scheduled for February 7, 2006. Gauvin did not attend or contact this office to reschedule. A Notarized statement of the Court Reporter is attached hereto as Exhibit 3.

Pursuant to 37(a)(4), a party whose conduct necessitated a motion under 37(a) is liable for the reasonable expenses of the motion. Further, Rule 37(d) of the Federal Rules of Civil Procedure provide in pertinent part, as follows:

> If a party...fails...(2) to serve answers or objections to interrogatories submitted under Rule 33, after proper service of the interrogatories..., the court in which the action is pending on motion may make such orders in regard to the failure as are just, and among others, it may take any action authorized under subparagraphs (a), (b) and (c) of subdivision (b)(2) of this Rule.

F.R.C.P. 37(d) states that if a party fails to appear at a deposition after proper notice, this Court may "make such orders in regard to the failure as is just."

The Defendant has a default judgment entered against them it since March 23, 2005. The Defendant has failed to respond to interrogatories and requests for production of documents, which were sent to them on October 17, 2005. Gauvin failed to attend his deposition on February 7, 2006, despite being properly noticed on January 10, 2006. These interrogatories, requests for documents and the deposition concern information about any and all accounts, assets, real property and real estate owned by the Defendant. This information is essential and necessary for Plaintiff to enforce its judgment. Because the Defendant has failed to respond, otherwise answer discovery requests, or attend a deposition, the Plaintiff is unable to identify the assets of the Defendant.

Further, as Gauvin did not appear at his deposition nor contact this office to reschedule, Plaintiff has incurred costs for a Court Reporter of $154.50, and $262.50 in attorney's fees for the preparation of this motion. Plaintiff requests Defendants be ordered to reimburse Plaintiff $417.00 for these expenses.

For all the foregoing reasons, this motion should be allowed, and the Court should enter an Order granting:

1. the Plaintiff's Motion to Compel Answers to Post-Judgment Interrogatories and Requests for Production of Documents;

2. the Plaintiff's Motion to Compel Gauvin's attendance at a deposition; and

3. Order Defendants to Pay $417.00 for costs and fees incurred.

Date: February 28, 2006                    Respectfully submitted,

                                           Charles Langone, Fund Manager,
                                           By his Attorney,


                                           /S/ Renee J. Bushey
                                           Renee J. Bushey
                                           BBO #629444
                                           Feinberg, Campbell & Zack, P.C.
                                           177 Milk Street
                                           Boston, MA 02109
                                           (617) 338-1976