UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
Plaintiff, )
) C.A. No. 04cv11706 NG
v. )
)
)
CLASSIC COACH, INC. )
)
Defendant, )
)

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Rule 30 and 69 of the Federal Rules of Civil Procedure, the Plaintiff in the above-entitled action, Charles Langone, by his attorney, will take the deposition of John P. Gauvin, President of Classic Coach, Inc. The deposition will be held on Tuesday, February 7, 2006, at 10:00 a.m. and continuing from day to day until completed, before a notary public or other officer authorized by law to administer oaths at the offices of Feinberg, Campbell & Zack, P.C., 177 Milk Street, 3rd Floor, Boston, MA 02109.

You are invited to attend and cross-examine.

Dated: January 10, 2006

Respectfully submitted,

Renee J. Bushey, BBO #629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Attorney for Plaintiff,
Charles Langone

<u>Certificate of Service</u>

I, Renee J. Bushey, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within documents by first class mail, postage prepaid, to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005, Coventry, RI 02816-6606.

*Renee Bushey*
Renee J. Bushey

Dated: January 10, 2006