**Detail Transaction File List**
Feinberg, Campbell & Zack, P.C.

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 200.295 | 02/06/2006 | 14 | P | 18 | 210.00 | 0.25 | 52.50 | Preparation for deposition<br>New England Teamsters & Trucking Industry<br>Classic Coach | 31 |
| 200.295 | 02/07/2006 | 14 | P | 18 | 210.00 | 0.50 | 105.00 | Prepare for and attend deposition<br>New England Teamsters & Trucking Industry<br>Classic Coach | 32 |
| 200.295 | 02/21/2006 | 14 | P | 21 | 210.00 | 0.25 | 52.50 | Review of audit for fund update<br>New England Teamsters & Trucking Industry<br>Classic Coach | 33 |
| 200.295 | 02/27/2006 | 14 | P | 35 | 210.00 | 0.25 | 52.50 | Edit of Motion to Compel<br>New England Teamsters & Trucking Industry<br>Classic Coach | 34 |
| **Total for Fees** | | | | | Billable | 1.25 | 262.50 | | |
| **Advances** | | | | | | | | | |
| 200.295 | 02/24/2006 | 7 | P | 112 | | | 154.50 | Deposition/Transcript Expense: (2412) Neal A. Salloway -<br>Deposition of John P. Gauvin<br>New England Teamsters & Trucking Industry<br>Classic Coach | 6 |
| **Total for Advances** | | | | | Billable | 0.00 | 154.50 | | |
| | | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 1.25 | 417.00 | | |