UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES LANGONE, as FUND MANAGER   )
of the NEW ENGLAND TEAMSTERS AND   )
TRUCKING INDUSTRY PENSION FUND     )
                                   )
         Plaintiff,                )
                                   )   C.A. No. 04cv11706 NG
v.                                 )
                                   )
CLASSIC COACH, INC.                )
                                   )
         Defendant,                )
_____)

**ORDER**

At Boston, this_____day of _____, 2006,

Upon application by the Plaintiff to compel answers to interrogatories, responses to requests for production of documents and attendance at deposition pursuant to F.R.C.P. 37(a), and proper notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT the Defendants be 1) compelled to respond to Interrogatories and Requests for Production of Documents within 14 days of the date of this order, 2) compelled to attend a deposition within 30 days of the date of this order, and 3) ordered to reimburse Plaintiff for fees and costs incurred by Plaintiff in this matter in the amount of $417.00.

_____
The Honorable Nancy Gertner
Judge, United States District Court
for the District of Massachusetts