UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CHARLES LANGONE, as FUND MANAGER    )
of the NEW ENGLAND TEAMSTERS AND    )
TRUCKING INDUSTRY PENSION FUND    )
    )
            Plaintiff,    )
    )    C.A. No. 04-11706 NG
v.    )
    )
CLASSIC COACH, INC.    )
    )
            Defendant.    )
_____)

## <u>MOTION FOR CIVIL CONTEMPT</u>

Pursuant to Fed. R. Civ. P. 37(b)(2)E, New England Teamsters and Trucking Industry Pension Fund bring this motion for contempt against John P. Gauvin for his failure to appear for deposition.  An affidavit in support of the Motion is attached.

1.    John P. Gauvin ("Gauvin") is President of Classic Coach, Inc.

2.    On March 23, 2005, the court entered a Default Judgment in the amount of $52,726.82 against Defendant Classic Coach, Inc. and in favor of Plaintiff New England Teamsters and Trucking Industry Pension Fund, Case No. 04cv11706NG.

3.    On October 17, 2005, counsel for the Fund sent Defendant Post-Judgment Interrogatories and Requests For Production of Documents pursuant to Fed. R. Civ. P. 69(a).  The Defendant did not respond.

4.    On January 10, 2006, Plaintiff served a notice of deposition on Gauvin for February 7, 2006 at 10:00 a.m. at the law offices of Feinberg, Campbell & Zack, P.C.  Gauvin did not attend or contact this office to reschedule.

5.  On July 4, 2006, the Court granted Plaintiff's Motion to Compel the Discovery Pursuant to F.R.C.P. 37(a).

6.  On September 26, 2006 the Plaintiff served a re-scheduled notice of deposition for November 7, 2006 at 10:00 a.m. Again, Gauvin did not attend or contact this office.

7.  On September 26, 2006, counsel for the Fund again sent Defendant Post-Judgment Interrogatories and Requests For Production of Documents pursuant to Fed. R. Civ. P. 69(a).  The Defendant did not respond.

**WHEREFORE,** Plaintiff request that this Court:

a.  Issue a contempt summons to John P. Gauvin;

b.  Find John P. Gauvin in contempt;

c.  Award Plaintiff New England Teamsters and Trucking Industry Pension Fund their costs in having to compel John P. Gauvin to attend his deposition;

d.  Award New England Teamsters and Trucking Industry Pension Fund the cost of this motion, including reasonable attorney's fees and costs of 797.20 (attached Affidavit of Renee J. Bushey); and

e.  Grant such other relief as the Court deems appropriate.

Date:  March 13, 2007

Respectfully submitted,

Charles Langone, Fund Manager,
By his Attorney,

/s/ Renee J. Bushey
Renee J. Bushey
BBO #629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

## Certificate of Service

I, Renee J. Bushey, attorney for the Plaintiff, hereby certify that on this day I mailed the foregoing by first class mail, postage prepaid, to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005, Coventry RI 02816-6606.

/s/ Renee J. Bushey

Date: March 13, 2007

Renee J. Bushey