UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLASSIC COACH, INC. )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 04-11706 NG |

## AFFIDAVIT OF RENEE J. BUSHEY

I, Renee J. Bushey, Esq., under oath, affirm and declare as follows:

1. I am an attorney associated with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the United States District Court for the District of Rhode Island, the Massachusetts Supreme Judicial Court, and the Rhode Island Supreme Court. I specialize in labor law, including litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA).

2. This office has acted as legal representative for the Plaintiff New England Teamsters and Trucking Industry Pension Fund for the purposes of the above-captioned matter.

3. On March 23, 2005, the Court entered a Default Judgment in the amount of $52,726.82 against Defendant Classic Coach, Inc. and on behalf of Plaintiff New England Teamsters and Trucking Industry Pension Fund.

4. On January 10, 2006, Plaintiff served a Notice of Deposition on John P. Gauvin, President of Classic Coach, Inc. for February 7, 2006 at 10:00 a.m. at the law offices of Feinberg, Campbell & Zack, P.C. A copy of the Notice of Deposition is attached hereto as Exhibit A.

5. On February 7, 2006, John P. Gauvin failed to appear for his deposition, and at no time did Mr. Gauvin notify me or anyone else from the New England Teamsters and Trucking Industry Pension Fund that he could not attend the deposition.

6. On July 4, 2006, the Court granted Plaintiff's Motion to Compel the attendance of John P. Gauvin at a deposition pursuant to Fed. R. Civ. P. 37(d). A copy of the Court's civil docket sheet indicating the Court's approval of Plaintiff's Motion to Compel the Attendance of John P. Gauvin is attached hereto as Exhibit B.

7. On September 26, 2006 Plaintiff served a Re-Scheduled Notice of Deposition on John P. Gauvin for November 7, 2006 at 10:00 a.m. at the law offices of Feinberg, Campbell & Zack, P.C. A copy of this notice is attached hereto as Exhibit C.

8. On November 7, 2006, John P. Gauvin failed to appear for his deposition, and at no time did Mr. Gauvin notify me or anyone else from the New England

        Teamsters and Trucking Industry Pension Fund that he could not attend the deposition.

9.    Costs incurred total $358.45. The total of attorneys' fees and costs incurred by the Fund are $797.20. A true and accurate itemized copy of the fees and costs is attached hereto as Exhibit D.

SIGNED UNDER THE PAINS AND PENALTIES OF PURJURY THIS 13th DAY OF MARCH, 2007

                                  /s/ Renee J. Bushey
                                  Renee J. Bushey
                                  BBO # 629444
                                  Feinberg, Campbell & Zack, P.C.
                                  177 Milk Street, Suite 300
                                  Boston, MA 02109
                                  (617) 338-1976

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>CLASSIC COACH, INC.<br><br>Defendant, | C.A. No. 04cv11706 NG |

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Rule 30 and 69 of the Federal Rules of Civil Procedure, the Plaintiff in the above-entitled action, Charles Langone, by his attorney, will take the deposition of John P. Gauvin, President of Classic Coach, Inc. The deposition will be held on Tuesday, February 7, 2006, at 10:00 a.m. and continuing from day to day until completed, before a notary public or other officer authorized by law to administer oaths at the offices of Feinberg, Campbell & Zack, P.C., 177 Milk Street, 3rd Floor, Boston, MA 02109.

You are invited to attend and cross-examine.

Dated: January 10, 2006

Respectfully submitted,

Renee J. Bushey, BBO #629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

_____
Attorney for Plaintiff,
Charles Langone

## Certificate of Service

I, Renee J. Bushey, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within documents by first class mail, postage prepaid, to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005, Coventry, RI 02816-6606.

Renee J. Bushey

Dated: January 10, 2006

## **EXHIBIT B**

**Renee Bushey**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Tuesday, July 04, 2006 7:23 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-11706-NG Langone v. Classic Coach, Inc. "Order on Motion to Compel" |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Gertner, Nancy entered on 7/4/2006 at 7:23 PM EDT and filed on 7/4/2006

**Case Name:** Langone v. Classic Coach, Inc.
**Case Number:** 1:04-cv-11706
**Filer:**
**WARNING: CASE CLOSED on 03/23/2005**
**Document Number:**

**Docket Text:**
Judge Nancy Gertner : Electronic ORDER entered granting [10] Motion to Compel in connection with post-judgment discovery, there being no opposition. (Gertner, Nancy)

The following document(s) are associated with this transaction:

**1:04-cv-11706 Notice will be electronically mailed to:**

Renee J. Bushey    rjb@fczlaw.com

Catherine M. Campbell    cmc@fczlaw.com

**1:04-cv-11706 Notice will not be electronically mailed to:**

3/8/2007

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLASSIC COACH, INC. )<br>)<br>Defendant, )<br>) | C.A. No. 04cv11706 NG |

## NOTICE OF RE-SCHEDULED DEPOSITION

Please take notice that, pursuant to Rule 30 and 69 of the Federal Rules of Civil Procedure, the Plaintiff in the above-entitled action, Charles Langone, by his attorney, will take the deposition of John P. Gauvin, President of Classic Coach, Inc. The deposition will be held on Tuesday, November 7, 2006, at 10:00 a.m. and continuing from day to day until completed, before a notary public or other officer authorized by law to administer oaths at the offices of Feinberg, Campbell & Zack, P.C., 177 Milk Street, 3rd Floor, Boston, MA 02109.

You are invited to attend and cross-examine.

Dated: September 26, 2006

Respectfully submitted,

Renee J. Bushey, BBO #629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Attorney for Plaintiff,
Charles Langone

## Certificate of Service

I, Renee J. Bushey, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within documents by first class mail, postage prepaid, to John P. Gauvin, President, Classic Coach, Inc., P.O. Box 1005, Coventry, RI 02816-6606.

Renee J. Bushey

Dated: September 26, 2006

# EXHIBIT D

Detail Transaction File List

Feinberg, Campbell & Zack, P.C.

New England Teamsters & Trucking Industry Pension Fund
Classic Coach

| Client | Trans Date | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| Fee | | | | | |
| 200.295 | 1/09/2006 | 210.00 | 0.25 | 52.50 | Preparation of Notice of Deposition |
| 200.295 | 02/06/2006 | 210.00 | 0.25 | 52.50 | Preparation for Deposition |
| 200.295 | 02/07/2006 | 210.00 | 0.50 | 105.00 | Prepare for and attend Deposition |
| 200.295 | 02/27/2006 | 210.00 | 0.25 | 52.50 | Edit of Motion to Compel |
| 200.295 | 11/07/2006 | 235.00 | 0.75 | 176.25 | Prepare for and attend Deposition |
| Total for Fees | | Billable | 2.00 | 438.75 | |
| Advances | | | | | |
| 200.295 | 01/09/2006 | | | 24.95 | Online Computer Research Charges via knowx.com |
| 200.295 | 02/24/2006 | | | 154.50 | Deposition/Transcript Expense: (2412) Neal A. Salloway - Deposition of John P. Gauvin |
| 200.295 | 11/07/2006 | | | 179.00 | Deposition/Transcript Expense: (2412) Neal A. Salloway: Dposition of john P. Gauvin |
| Total for Advances | | Billable | 0.00 | 358.45 | |
| GRAND TOTALS | | Billable | 4.75 | 797.20 | |